UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Anna Blake, | ) |
|         Plaintiff, | ) Case No: 3:12 CV 180 |
| v. | ) Judge Walter Herbert Rice |
| Takhar Collection Services, Ltd., | ) |
|         Defendant. | ) |

### JUDGMENT ENTRY

The Defendant, Takhar Collection Services, Ltd., having failed to appear, plead, or otherwise defend in this action, and Default having been entered by the Clerk, and counsel for Plaintiff having requested Judgment against the defaulted Defendant and having filed and served a proper motion with supporting evidence in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of Plaintiff, Anna Blake, and against Defendant, Takhar Collection Services, Ltd., as follows: $3,425.00, plus interest on the judgment at the legal rate until the judgment is satisfied.

                                              _____
                                              Honorable Judge Walter Herbert Rice
                                              District Court Judge